UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8

```
FCMT, INC

                          Plaintiff,
                                              Court No. 21-00247
    v.


UNITED STATES
                          Defendant.
```

STIPULATION OF DISMISSAL

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Dated: 10/15/25                     Stein Shostak Shostak Pollack & O'Hara, LLP

                /s/ Elon A. Pollack
                  Attorney for Plaintiff

               445 S. Figueroa Street, Suite 2388
                  Street Address

               Los Angeles, CA 90071
                  City, State and Zip Code

               (213) 630-8888
                  Telephone No.

               /s/ Justin R. Miller, Attorney-In-Charge
               /s/ Marcella Powell, Senior Trial Counsel
                  Attorney for Defendant
               International Trade Field Office
               Department of Justice, Civil Division
                  Street Address
               Commercial Litigation Branch
               26 Federal Plaza, Room 346
                  City, State and Zip Code
               New York, New York 10278
               (212) 264-1873
                  Telephone No.

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
|  |  |  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                      Clerk, U. S. Court of International Trade

                                      By: _____
                                                           Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)